MEYER SAMUELS, Respondent, v. LOUIS RICHMAN and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HARRY C. HEATON, Respondent, v. ANDREE HEATON, Defendant. HARLEM VALLEY STATE HOSPITAL, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, on the ground that plaintiff's income warrants the continuance of the payments provided for in the agreement dated January 6, 1939, and in the judgment entered January 23, 1939. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DONALD F. TRIPP, Appellant, v. PAUL S. VAN BAARN, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Appointment of a Committee of the Estate of KATE BUCKLEY, an Alleged Incompetent Person. ELIZABETH MAHER, Appellant; Dr. JOHN R. KNAPP, Petitioner, and PAULINE O. FIELD, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, in so far as it appoints Pauline O. Field committee of the estate of the incompetent and the motion for the appointment of a committee granted to the extent of appointing as such committee Stephen J. McCrimlisk, Jr., the nominee of the incompetent's sister. (See *Matter of Rothman*, 263 N. Y. 31, 33; *Matter of Foster*, 254 id. 614; *Matter of Rogers*, 258 App. Div. 780; *Matter of Williams*, 252 id. 314; *Matter of Dietz*, 247 id. 366.) Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PEARL COAL COMPANY, Respondent, v. DAVID KESSLER and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRED O. SCHOFFER, Appellant, v. BIRDSEYE ELECTRIC COMPANY and Others, Defendants, Impleaded with C. B. HOLDING CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHARLOTTE RUTH FERGUSON, Plaintiff, v. ARMOUR FERGUSON, Defendant, Appellant. MORRIS ROSENBLUM, Receiver, Respondent.— Order, so far as appealed from, unanimously modified by reducing allowance to counsel to the sum of $2,500, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PETER RALLIS, Respondent, v. DANIELS & KENNEDY, INC., Appellant, Impleaded with Another, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. The bill of particulars granted by order entered March 8, 1939, to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.